UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Roby

            Plaintiff,

vs.

Robert Horel

            Defendant.

CV 08 1113

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kevin Roby _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?  Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _7-11 Convenient Store on Westwood blvd. & Whilshire, Westwood, CA_
4  _date around 1985_
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.   Business, Profession or                              Yes ___ No ✓
9             self employment
10       b.   Income from stocks, bonds,                           Yes ___ No ✓
11            or royalties?
12       c.   Rent payments?                                       Yes ___ No ✓
13       d.   Pensions, annuities, or                              Yes ___ No ✓
14            life insurance payments?
15       e.   Federal or State welfare payments,                   Yes ___ No ✓
16            Social Security or other govern-
17            ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                                          Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 2 -

     and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

     _____
     _____

5.   Do you own or are you buying a home?        Yes ___ No ✓

     Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                   Yes ___ No ✓

     Make _____ Year _____ Model _____

     Is it financed? Yes ___ No ___ If so, Total due: $_____

     Monthly Payment: $_____

7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

     Name(s) and address(es) of bank: _____
     _____

     Present balance(s): $_____

     Do you own any cash? Yes ✓ No ___ Amount: $ 100.00

     Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
     _____

8.   What are your monthly expenses?

     Rent: $ 0                              Utilities: 0

     Food: $ 90.00                          Clothing: 0

     Charge Accounts:

     | Name of Account | Monthly Payment | Total Owed on This Acct. |
     |---|---|---|
     | _____ | $ _____ | $ _____ |
     | _____ | $ _____ | $ _____ |
     | _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1
2

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                              Yes ___   No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7
8

9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13
14   _1-31-08_                           _[signature]_
15       DATE                            SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 4 -

Case Number:_____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Kevin Gerald Roby  D93298</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>81.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>101.02</u>.    (20%= $20.20)

Dated: <u>1/28/08</u>                                                  _____
                                                                          Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

1
2                                                    Case Number: _____
3
4
5
6
7
8
9                          CERTIFICATE OF FUNDS
10                                  IN
11                        PRISONER'S ACCOUNT
12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of _Kevin Roby, D-93298_ for the last six months at

15                                      [prisoner name]

16 _Pelican Bay State Prison_____ where (s)he is confined.

17            [name of institution]

18      I further certify that the average deposits each month to this prisoner's account for the most

19 recent 6-month period were $ _____ and the average balance in the prisoner's account

20 each month for the most recent 6-month period was $_____.

21

22 Dated:_____                    _____

23                                      [Authorized officer of the institution]

24
25
26
27
28

- 5 -

```
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 28, 2008

ACCOUNT NUMBER  : D93298                        BED/CELL NUMBER: AF05L 000000120L
ACCOUNT NAME    : ROBY, KEVIN GERALD            ACCOUNT TYPE: I
PRIVILEGE GROUP : B
                                     TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------     --------   ---------   --------    -----------    -------

07/01/2007      BEGINNING BALANCE                                                   42.42

07/03  FC10   DRAW-FAC 10    0055 B-2                                   42.42        0.00
07/06  D300   CASH DEPOSIT   0093 #004                  50.00                       50.00
07/06  W516   LEGAL COPY CH  0112                                        1.20       48.80
07/06  W516   LEGAL COPY CH  0112                                        1.80       47.00
07/10  W502   POSTAGE CHARG  0169                                        0.41       46.59
07/11  W502   POSTAGE CHARG  0213                                        0.90       45.69
07/13  W502   POSTAGE CHARG  0261                                        0.90       44.79
07/13  W502   POSTAGE CHARG  0272                                        0.90       43.89
07/17  W903   REVERSE POSTA  0299 /4765                                  0.06-      43.95
07/23  D300   CASH DEPOSIT   0370 ML15                  40.00                       83.95
07/27  W502   POSTAGE CHARG  0468                                        0.41       83.54
08/02  FC10   DRAW-FAC 10    0566 B-2                                   45.00       38.54
08/06* W516  LEGAL COPY CH  0582                                         6.80       31.74
08/08  D300   CASH DEPOSIT   0675 #026                  50.00                       81.74
08/10  W512   LEGAL POSTAGE  0722                                        1.99       79.75
08/13  W516   LEGAL COPY CH  0732                                        0.30       79.45
08/14  W502   POSTAGE CHARG  0772                                        0.41       79.04
08/14  W502   POSTAGE CHARG  0772                                        0.02       79.02
08/14  W502   POSTAGE CHARG  0772                                        0.90       78.12
08/14  W502   POSTAGE CHARG  0772                                        0.90       77.22
08/14  W502   POSTAGE CHARG  0772                                        0.02       77.20
08/14  W502   POSTAGE CHARG  0780                                        0.41       76.79
08/16  W502   POSTAGE CHARG  0823                                        0.41       76.38
08/17  W502   POSTAGE CHARG  0842                                        0.41       75.97
08/21  W502   POSTAGE CHARG  0885                                        0.90       75.07
08/21  W502   POSTAGE CHARG  0885                                        0.41       74.66
08/21  W502   POSTAGE CHARG  0885                                        0.41       74.25
08/21  W502   POSTAGE CHARG  0885                                        0.41       73.84
08/21  W502   POSTAGE CHARG  0885                                        0.90       72.94
08/22  W502   POSTAGE CHARG  0894                                        0.90       72.04
08/22  W502   POSTAGE CHARG  0909                                        0.90       71.14
08/22  W502   POSTAGE CHARG  0909                                        0.41       70.73
08/22  W502   POSTAGE CHARG  0910                                        0.41       70.32
08/22  W502   POSTAGE CHARG  0910                                        0.41       69.91
08/23  W502   POSTAGE CHARG  0945                                        4.60       65.31
09/05  FC10   DRAW-FAC 10    1080 B-2                                   45.00       20.31
09/07  W502   POSTAGE CHARG  1137                                        0.90       19.41
09/07  W502   POSTAGE CHARG  1137                                        0.41       19.00
09/07  W502   POSTAGE CHARG  1137                                        0.41       18.59
09/07  W502   POSTAGE CHARG  1137                                        1.65       16.94
09/12  W513   MISC. CHARGES  1235                                        0.60       16.34
09/12  W516   LEGAL COPY CH  1244                                        0.70       15.64
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
                              PELICAN BAY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 28, 2008

ACCT: D93298         ACCT NAME: ROBY, KEVIN GERALD              ACCT TYPE: I

      TRAN
DATE  CODE  DESCRIPTION       COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ---------------  -------   ---------   --------   -----------   -------
                                                                   0.41       15.23
09/24 W502 POSTAGE CHARG 1402                                      0.41       14.82
09/25 W502 POSTAGE CHARG 1433                                      0.90       13.92
09/25 W502 POSTAGE CHARG 1433                                      0.90       13.02
09/25 W502 POSTAGE CHARG 1433                                      0.58       12.44
09/25 W502 POSTAGE CHARG 1433                                      0.41       12.03
09/26 W502 POSTAGE CHARG 1459                                      0.41       11.62
09/26 W502 POSTAGE CHARG 1459                        60.00                    71.62
09/28 D300 CASH DEPOSIT  1481  #63                                 0.90       70.72
09/28 W502 POSTAGE CHARG 1490                                      0.41       70.31
09/28 W502 POSTAGE CHARG 1490                                     45.00       25.31
10/02 FC10 DRAW-FAC 10   1551  B-2                                 0.41       24.90
10/11*W512 LEGAL POSTAGE 1721                                      0.90       24.00
10/11 W502 POSTAGE CHARG 1725                                      0.41       23.59
10/12 W502 POSTAGE CHARG 1741                                      0.41       23.18
10/12 W502 POSTAGE CHARG 1741                                      0.41       22.77
10/16 W512 LEGAL POSTAGE 1773                                      0.90       21.87
10/17 W502 POSTAGE CHARG 1800                                      0.41       21.46
10/17 W502 POSTAGE CHARG 1800                                      0.41       21.05
10/18 W502 POSTAGE CHARG 1827                                      0.41       20.64
10/18 W502 POSTAGE CHARG 1827                                      0.41       20.23
10/18 W502 POSTAGE CHARG 1827                                      0.90       19.33
10/19 W502 POSTAGE CHARG 1848                                      0.90       18.43
10/19 W502 POSTAGE CHARG 1848                                      0.90       17.53
10/22 W502 POSTAGE CHARG 1864                                      0.41       17.12
10/23 W502 POSTAGE CHARG 1879                                      0.41       16.71
10/23 W502 POSTAGE CHARG 1879                                      0.41       16.30
10/24 W502 POSTAGE CHARG 1904                                      0.41       15.89
10/24 W512 LEGAL POSTAGE 1905                                      0.40       15.49
11/05 W516 LEGAL COPY CH 2027                                      0.40       15.09
11/05 W516 LEGAL COPY CH 2027                                      5.00       10.09
11/05*FC10 DRAW-FAC 10   2063  PSU                                 0.20        9.89
11/05 W513 MISC. CHARGES 2069                                      0.60        9.29
11/05 W513 MISC. CHARGES 2069                                      0.41        8.88
11/05 W502 POSTAGE CHARG 2072                                      0.41        8.47
11/05 W502 POSTAGE CHARG 2072                        70.00                    78.47
11/06 D300 CASH DEPOSIT  2074  #89                                 0.75       77.72
11/06 W512 LEGAL POSTAGE 2102                                      1.80       75.92
11/09 W516 LEGAL COPY CH 2163                                      0.41       75.51
11/13 W502 POSTAGE CHARG 2199                                      0.41       75.10
11/13 W502 POSTAGE CHARG 2199                                      1.30       73.80
11/21 W516 LEGAL COPY CH 2297                                     50.00       23.80
11/27 W415 CASH WITHDRAW 2317  CKREQ 283148993                     0.41       23.39
11/27 W502 POSTAGE CHARG 2332                                      0.20       23.19
11/29 W513 MISC. CHARGES 2346                                     20.00        3.19
12/04 FC10 DRAW-FAC 10   2430  B-2                                 1.80        1.39
12/10 W502 POSTAGE CHARG 2523                                      0.90        0.49
12/10 W502 POSTAGE CHARG 2523                                      0.41        0.08
12/13 W502 POSTAGE CHARG 2553                                      0.08        0.00
12/26 W513 MISC. CHARGES 2703                       220.00                   220.00
12/27 D300 CASH DEPOSIT  2713  #123
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
REPORT ID: TS3030   .701                                    REPORT DATE: 01/28/08
                                                            PAGE NO:        3
                            PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 28, 2008

ACCT: D93298          ACCT NAME: ROBY, KEVIN GERALD          ACCT TYPE: I
        TRAN
DATE    CODE   DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   --------------   --------   ---------   --------   -----------   -------
                                                                     0.90        219.10
12/27   W502   POSTAGE CHARG    2725                                 0.90        218.20
12/27   W502   POSTAGE CHARG    2725                                 0.41        217.79
12/27   W502   POSTAGE CHARG    2725                                 0.90        216.89
12/27   W502   POSTAGE CHARG    2725
        ACTIVITY FOR 2008                                           90.00        126.89
01/08   FC01   DRAW-FAC 1       2874  A-2                           11.00        115.89
01/09   W450   DONATION-VETE    2892  A-2                            0.90        114.99
01/10   W502   POSTAGE CHARG    2927                                 0.90        114.09
01/10   W502   POSTAGE CHARG    2927                                 0.90        113.19
01/10   W502   POSTAGE CHARG    2927                                 0.90        112.29
01/10   W502   POSTAGE CHARG    2927

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
  BALANCE         DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
  ---------       --------     -----------     -------       -------       ------------
   42.42          490.00         420.13         112.29        0.00             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
  112.29