Case # CV 08

RECEIVED
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532

Richard W. Wieking
Clerk, U.S. Northern District Court

Sir, on March 18, 2008, I received an ECF Registration Information Handout from your office. It says to serve a copy of that handout along with the complaint on all parties.

Sir, does that mean I am to serve two copies of the complaint on each defendant? I thought the summons and the complaint were served together. Has that changed, or is the complaint served both with this ECF Handout, and the summons. No one here seems to be able to answer that question, or are familiar with this facet of the process with ECF.

A little clarification would be helpful. Am I to hold on to the this ECF handout until the summons arrive, and serve the complaint, the summons, and the ECF handout all at the same time. Or serve the ECF handout and the complaint on all parties now, then send in the summons in when they arrive with another copy of the complaint?

Sincerely
Kevin Roby
Pro Se

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA
95532

**PELICAN BAY**
**G.P. UNIT A-5**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

Office of the Clerk, U.S District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095



9511253006 C060