KEVIN ROBY, CDC# D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532
Plaintiff in Pro Se



UNITE STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN ROBY,
       Plaintiff,
vs.
T. STEWART, et al.,
       Defendants.

No. C 08-1113 JF (PR)

NOTICE OF ERROR IN ORDER OF PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND REDRESS OF PLAINTIFF'S THIRD CLAIM FOR RELIEF

Plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP) and proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against California state prison officials. The Court in an Order of Partial Dismissal errored when it dismissed Plaintiff's third claim for relief for failure to state a cognizable basis for relief. The Plaintiff request permission to point out that error that he may show he indeed stated a cognizable basis for relief.

## DISCUSSION

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42.

Notice of error in order of Partial Dismissal of Plaintiff's complaint and Redress of Plaintiff's third claim for relief
G:/PRO-SE/SJ.JF/CR.08/Roby113srv.wpd            1

Plaintiff in his third claim for relief (1) alleged that his <u>Fourth Amendment</u> rights to be free of unreasonable seizure was violated when defendants seized all of his personal property and refuse to return it, and (2) that defendants committed this violation acting under color of state law.

The plaintiff believes the Court errored in it's dismissal of his third claim for relief for not stating a cognizable claim for relief under federal law. The Court cites <u>Parratt v. Taylor</u>, 451 U.S. 527, 535-44, and <u>Hudson v. Palmer</u>, 468 U.S. 517, 533, which deals with lost or destroyed property having no claim for there are adequate state post-deprivation remedy, e.g., a state tort action. Here, plaintiff's property is not lost or destroyed, it has been wrongfully seized and withheld in violation of plaintiff's Fourth Amendment rights (see page 8 of plaintiff's complaint. The plaintiff then goes into detail to show how this seizure is unreasonable, unauthorized, and a continued attempt by defendants to cause plaintiff further persecution). But the plaintiff states a Fourth Amendment violation.

## CONCLUSION

For the reasons stated above, the plaintiff ask the Court to:
1. Review plaintiff third claim for relief.
2. Issue new Order of Partial Dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/15/08

Respectfully submitted

Plaintiff Kevin Roby
Prose

Kevin Reed, D93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM:

U.S. District Court Nor.
District of California
450 GOLDEN GATE Ave
San Francisco, CA
94102

941023S661 C004