June 4, 2008

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532

Case 5:08-cv-01113 JF (PR)
Letter of Inquiry on Notice of Error

**RECEIVED**

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: U.S. District Court Clerk:

On May 13, 2008, I the plaintiff in the above mentioned case received an Order of Partial Dismissal on the third and fourth claims of my complaint. On May 15, 2008, I sent in a Notice of Error to inform the Court it errored in dismissing the third claims.

I have since found that I should have sent in a Notice of Objection. So I would like to know will the Notice of Error be ruled on as a Notice of Objection it should have been, or do I need to send in a Notice of Objection that re-state my reasons of why my third claim of the complaint does in fact state a cognizable basis for relief. If the later, I will need a time extension.

Sincerely,
[signature]
Plaintiff

June 4, 2008

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA
95532

TO: U.S. District Court Clerk:

May I please have a copy of the Rules of Court for the Northern District.

Sincerely,

*[signature]*

Kevin Roby, D 93298
P.) Box 7500 (A5-218)
Crescent City, CA 95532

**PELICAN BAY**
**G.P. UNIT A-5**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



Office of the Clerk, U.S. District
Court for Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102