```
 1  KEVIN ROBY, CDCR # D-93298
 2  P.O. Box 7500 (A5-218)
 3  Crescent City, CA 95532
 4  Plaintiff, pro se.
```

**RECEIVED**

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN ROBY,
    Plaintiff,
vs.
T. STEWART et al.,
    Defendants.

NO. C 08-1113 PR JF
REQUEST FOR PRODUCTION

Propounding party: Plaintiff Kevin Roby
Responding party: Defendant Captain S. Wheeler
Set Number: ONE

In accordance with Rule 34 of the Federal Rules of Civil Procedures plaintiff K. Roby request that defendant <u>Wheeler</u> to respond within <u>45</u> days to the following requests, namely that: Defendant produce copies of the following documents and photographs:

<u>ITEMS TO BE PRODUCED</u>

<u>REQUEST NO. 1</u>:
September 9, 2002, Facility B, Housing Unit 6, Section C, Inmate Housing Roster.

<u>REQUEST NO. 2</u>: List of Correctional Officers that were assigned to Facility B,

1. Housing Unit 6, Third Watch on November 17, 2002 and November 18, 2002.
2. REQUEST NO. 3: Copies of any and all documents which contain, mention or discuss
3. the screening and safety guidelines for housing California state inmates together.
4. REQUEST NO. 4: Copies of the September 6, 2005, Institutional Security Unit (ISU)
5. Housing Roster Report of the inmates in Facility B, Housing Unit 7.
6. REQUEST NO. 5: Copies of the September 6, 2005, Facility B, Housing Unit 7,
7. Section C, Inmate Housing Roster.
8. REQUEST NO. 6: List of Correctional Officers that were assigned to Facility
9. B, Housing Unit 7, on Third Watch on August 24, 2005 and August 26, 2005.
10. REQUEST NO. 7: Name of the Third Watch Supervising Sergeant for Facility B,
11. Housing Unit 7 on August 24, 2005, and his current job posting.
12. REQUEST NO. 8: Copy of the Inmate Bed Move (CDC form 154) that shows who
13. authorized the bed move of inmate Avery T-10394 into cell B7-122-U, on or about
14. August 25, 2005.
15. REQUEST NO. 9: Copies of the transcripts of the video interview by Correctional
16. Sergeant K. Osborne (ISU) with Roby D-93298 on September 12, 2005.
17. REQUEST NO. 10: Copies of the September 12, 2005, Memorandum; INTERVIEW
18. WITH INMATE ROBY, D-93298.
19. REQUEST NO. 11: Copies of the September 20, 2005, Memorandum; INTERVIEW
20. WITH INMATE ROBY, FOLLOW-UP INTERVIEW.
21. REQUEST NO. 12: Copies of the September 12, 2005, Memorandum; TELEPHONE
22. CALLS MADE BY INMATE ROBY, D-93298.
23. REQUEST NO. 13: Copies of any and all PHOTOGRAPHS taken of inmate Roby
24. on September 6, 2005.
25.
26. Dated: July 24, 2008
27.                                                          /s/ Kevin Roby
28.                                                          KEVIN ROBY
                                                             Plaintiff, In pro se.

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, **Kevin Roby**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit **A5** Cell Number **218**, Crescent City, CA 95532-7500.

On the **24** day of **July, 2008**, I served the following (set forth the exact title of document(s) served):

**Request For Production**

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

U.S. District Court
Northern District of Calif.
450 Golden Gate Avenue
San Francisco, CA 94102

Office of the Attorney General
455 Golden Gate Ave. # 11000
San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_          **July 24, 2008**
Inmate Signature        Date



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532

PELICAN BAY

QUALITY PARK
11117

7-24-08

100% PCC