1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5871
     Fax: (415) 703-5843
8    Email: Scott.Feudale@doj.ca.gov

9  Attorneys for Defendants Wheeler, Lucarelli, and
   Trujillo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROBY,<br><br>                          Plaintiff,<br><br>     v.<br><br>T. STEWART, et al.,<br><br>                          Defendants. | Case No. C 08-1113 JF (PR)<br><br>**DECLARATION OF C. WILBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, C. Wilber, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor II Supervisor and serve as the Inmate Appeals Coordinator at Pelican Bay State Prison in Crescent City, California. I have been employed in this position since October 2006. As the Inmate Appeals Coordinator, my responsibilities include receiving, screening, logging, routing, and assigning administrative appeals that are submitted by inmates. My duties also include monitoring the dispositions of these inmate appeals. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I submit this declaration in support of Defendants' motion to dismiss.

2.   In accordance with Title 15 of the California Code of Regulations, section 3084.6, an inmate must submit an inmate appeal within 15 working days of the event or the decision being appealed, or of receiving an unacceptable lower level appeal decision. An appeal may be rejected if the time limits for submitting are exceeded. Cal. Code Regs. tit. 15, § 3084.3(c)(6). There are four levels of review: (1) informal resolution, (2) first formal level of review, (3) second formal level review by the institutional head or designee, (4) and third formal level review by a designated representative of the director under supervision of the chief, inmate appeals. *See* Cal. Code Regs. tit. 15, § 3084.5.

3.   All of the formal appeals submitted by inmates at Pelican Bay and accepted for review at the First and Second Level of Review at the institution are tracked in a computerized system. The tracking system contains the following information: the name and CDCR identification number of the inmate submitting the appeal, the log number of the appeal, date received, appeal issue, level of review, date completed at each level of review, and decision reached.

4.   At the request of the Attorney General's Office, a computerized search of the institutional appeals database was conducted for inmate appeals submitted by inmate Kevin Roby, CDCR No. D-93298, which were reviewed at Pelican Bay at the First and Second Level of Review.

5.   Attached as Exhibit A is a true and correct copy of the computer print-out of the results of that search.

6.   As the record indicates, inmate Roby submitted eleven appeals at Pelican Bay between August 25, 2005, the date of the alleged incident in inmate Roby's Complaint, and February 25, 2008 the date inmate Roby filed this action. These appeals are:

    a. Appeal Log No. PBSP-B-06-00324. This appeal, which related to a programming issue involving the reusability of a canteen bag, was received at the first level on February 10, 2006 and was granted on March 9, 2006.

    b. Appeal Log No. PBSP-P-06-02759. This appeal, which related to Plaintiff disputing a prison disciplinary proceeding, was received at the second level on October 26, 2006 and was denied on December 12, 2006. The informal and first formal levels

of review were bypassed on this appeal.

c. Appeal Log No. PBSP-P-06-03150. This appeal, which related to a disallowed item of mail, was received at the first level on December 11, 2006 and was granted on January 10, 2007.

d. Appeal Log No. PBSP-P-06-03208. This appeal, which grieved the presentation of Plaintiff's morning meal, was received at the first level on December 19, 2006 and was withdrawn on January 10, 2007.

e. Appeal Log No. PBSP-P-07-00546. This appeal, which related to withholding Plaintiff's personal property pending a criminal investigation, was received at the second level on March 5, 2007 and was withdrawn on April 13, 2007. The informal and first formal levels of review were bypassed on this appeal.

f. Appeal Log No. PBSP-P-07-01135. This appeal, which grieved Plaintiff's extended term in the Security Housing Unit, was received at the first level on May 17, 2007 and withdrawn on June 5, 2007. This appeal was then received at the second level on June 11, 2007 and denied on June 27, 2007.

g. Appeal Log No. PBSP-B-07-01290. This appeal, which related to Plaintiff's access to the prison's law library, was completely exhausted at the Director's level and denied on December 9, 2007.

h. Appeal Log No. PBSP-P-07-02293. This appeal, which related to a disputed balance in Plaintiff's trust account, was received at the first level on October 22, 2007 and denied on December 19, 2007.

i. Appeal Log No. PBSP-P-07-02464. This appeal, which related to a disallowed map sent to Plaintiff in the mail, was received at the first level on November 8, 2007 and granted in part on December 27, 2007. This appeal was previously heard and denied at the informal level on November 6, 2007.

j. Appeal Log No. PBSP-A-08-00047. This appeal, which related to a living conditions issue concerning a frosted cell window in the administrative segregation unit, was received at the first level on January 7, 2008 and granted in part on January

1  17, 2008.

2  k. Appeal Log No. PBSP-A-08-00449. This appeal, which related to an identification

3  card that was not issued, was received at the first level February 14, 2008 and

4  withdrawn on February 21, 2008.

5  7. As is demonstrated above, none of the appeals submitted between August 25, 2005 and

6  February 25, 2008 concern the allegations contained in Plaintiff's complaint, specifically, how

7  his double-cell status interfered with his right to practice his religion and/or threatened his safety.

8  I declare under penalty of perjury that the forgoing is true and correct to the best of my

9  knowledge. Executed at Crescent City, California, on July 18, 2008.

C. Wilber
Correctional Counselor II, Supervisor
Inmate Appeals Coordinator

Wilber Decl.wpd

Case 5:08-cv-01113-JF   Document 13-2   Filed 07/31/2008   Page 1 of 4

# EXHIBIT A

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| D93298 | ROBY, K | A-BLD 3 | CASE INFO./RECORDS | PBSP-A-01-02710 | |
| Level I Review: | Received: 08/23/2001 | Due: 12/07/2001 | Completed: 11/13/2001 | Disposition: GRANTED IN PART | |
| D93298 | ROBY, K | B-BLD 6 | LIVING CONDITIONS | PBSP-B- | |
| Level I Review: | Received: 11/22/2002 | Due: 01/29/2003 | Completed: 12/31/2002 | Disposition: DENIED | |
| D93298 | ROBY, K | B-BLD 6 | LIVING CONDITIONS | PBSP-B-02-03309 | |
| Level II Review: | Received: 11/22/2002 | Due: 02/04/2003 | Completed: 02/04/2003 | Disposition: GRANTED IN PART | |
| D93298 | ROBY, K | B-BLD 7 | PROGRAM | PBSP-B- | |
| D93298 | ROBY, K | B-BLD 7 | MAIL | PBSP-B- | |
| D93298 | ROBY, K | B-BLD 7 | LEGAL | PBSP-B- | |
| D93298 | ROBY, K | PSU | LEGAL | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | PROGRAM | PBSP-B-06-00324 | |
| Informal Review: | Received: 01/18/2006 | Due: 02/01/2006 | Completed: 01/18/2006 | Disposition: DENIED | |
| Level I Review: | Received: 02/10/2006 | Due: 03/28/2006 | Completed: 03/09/2006 | Disposition: GRANTED | |
| D93298 | ROBY, K | B-BLD 1 | DISCIPLINARY | PBSP-P-06-02759 | |
| Level II Review: | Received: 10/26/2006 | Due: 12/12/2006 | Completed: 12/12/2006 | Disposition: DENIED | |
| D93298 | ROBY, K | B-BLD 2 | MAIL | PBSP-P-06-03150 | |
| Informal Review: | Received: 11/30/2006 | Due: 11/30/2006 | Completed: 11/30/2006 | Disposition: DENIED | |
| Level I Review: | Received: 12/11/2006 | Due: 01/25/2007 | Completed: 01/10/2007 | Disposition: GRANTED | |
| D93298 | ROBY, K | B-BLD 2 | MAIL | PBSP-B- | |
| D93298 | ROBY, K | B-BLD 2 | LIVING CONDITIONS | PBSP-P-06-03208 | |
| Informal Review: | Received: 12/16/2006 | Due: 12/16/2006 | Completed: 12/16/2006 | Disposition: DENIED | |
| Level I Review: | Received: 12/19/2006 | Due: 02/02/2007 | Completed: 01/10/2007 | Disposition: WITHDRAWN | |
| D93298 | ROBY, K | B-BLD 2 | MAIL | PBSP-P- | |

Pelican Bay State Prison

06/20/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| D93298 | ROBY, K | B-BLD 2 | PROPERTY | PBSP-P-07-00546 | |
| Level II Review: | Received: 03/05/2007 | Due: 04/16/2007 | Completed: 04/13/2007 | Disposition: WITHDRAWN | |
| D93298 | ROBY, K | B-BLD 2 | TRANSFER | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | CASE INFO./RECORDS | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | OTHER | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | TRANSFER | PBSP-P-07-01135 | |
| Level I Review: | Received: 05/17/2007 | Due: 06/29/2007 | Completed: 06/05/2007 | Disposition: WITHDRAWN | |
| Level II Review: | Received: 06/11/2007 | Due: 07/10/2007 | Completed: 06/27/2007 | Disposition: DENIED | |
| D93298 | ROBY, K | B-BLD 2 | CASE INFO./RECORDS | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | LEGAL | PBSP-B- | |
| D93298 | ROBY, K | B-BLD 2 | TRANSFER | PBSP-E- | |
| D93298 | ROBY, K | B-BLD 2 | LEGAL | PBSP-B-07-01290 | |
| Informal Review: | Received: 06/04/2007 | Due: 06/18/2007 | Completed: 06/05/2007 | Disposition: DENIED | |
| Level I Review: | Received: 06/07/2007 | Due: 07/20/2007 | Completed: 07/02/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 07/11/2007 | Due: 08/08/2007 | Completed: 08/13/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 12/09/2007 | Disposition: DENIED | |
| D93298 | ROBY, K | B-BLD 2 | OTHER | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | CASE INFO./RECORDS | PBSP-P- | |
| D93298 | ROBY, K | B-BLD 2 | FUNDS | PBSP-P-07-02293 | |
| Level I Review: | Received: 10/22/2007 | Due: 12/06/2007 | Completed: 12/19/2007 | Disposition: DENIED | |
| D93298 | ROBY, K | PSU | PROPERTY | PBSP-P- | |
| D93298 | ROBY, K | PSU | | | |
| D93298 | ROBY, K | B-BLD 2 | MAIL | PBSP-P-07-02464 | |

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

06/20/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| D93298 | ROBY, K | A-BLD 2 | LIVING CONDITIONS | PBSP-A-08-00047 | |
| Informal Review: Received: 11/06/2007 | | Due: 11/06/2007 | Completed: 11/06/2007 | Disposition: DENIED | |
| Level I Review: Received: 11/08/2007 | | Due: 12/26/2007 | Completed: 12/27/2007 | Disposition: GRANTED IN PART | |
| D93298 | ROBY, K | A-BLD 5 | CASE INFO./RECORDS | PBSP-A-08-00449 | |
| Level I Review: Received: 01/07/2008 | | Due: 02/21/2008 | Completed: 01/17/2008 | Disposition: GRANTED IN PART | |
| Informal Review: Received: 02/13/2008 | | Due: 02/13/2008 | Completed: 02/13/2008 | Disposition: GRANTED IN PART | |
| Level I Review: Received: 02/14/2008 | | Due: 03/28/2008 | Completed: 02/21/2008 | Disposition: WITHDRAWN | |
| D93298 | ROBY, K | A-BLD 5 | MAIL | PBSP-A-08-00818 | |
| Level I Review: Received: 03/24/2008 | | Due: 05/05/2008 | Completed: 04/09/2008 | Disposition: DENIED | |
| Level II Review: Received: 04/10/2008 | | Due: 05/08/2008 | Completed: 04/23/2008 | Disposition: DENIED | |

Total: 31