EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5871
 Fax: (415) 703-5843
 Email: Scott.Feudale@doj.ca.gov

Attorneys for Defendants Wheeler, Lucarelli, and Trujillo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROBY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>T. STEWART, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. C 08-1113 JF (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY** |

   Subject to the approval of this Court, the parties stipulate to the following protective order:

   1.   All discovery, including discovery that has already been served and all discovery motions, is stayed until the Court issues an order re-opening discovery after ruling on Defendants Wheeler, Lucarelli, and Trujillo's (Defendants) Motion to Dismiss.

///

///

///

///

[Proposed] Order Staying Disc.　　　　　　　　　　　　　　　　　　　　　　　Roby v. Stewart, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-1113 JF (PR)

1

2. Upon the issuance of such an order by the Court, the time for responding to discovery already served shall begin running with the filing of the Court's order, but responses shall be due no earlier than 30 days after filing of the Court's order.

SO STIPULATED:

Dated: July 30, 2008

Kevin Roby
Plaintiff Pro Se

Dated: July 28, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendants Wheeler, Lucarelli, and Trujillo

IT IS SO ORDERED:

DATED: _____, 2008

Hon. Jeremy Fogel
United States District Court Judge

[Proposed] Order Staying Disc.

Roby v. Stewart, et al.
C 08-1113 JF (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Roby v. Stewart, et al.**

No.:   **C 08-1113 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 31, 2008**, I served the attached

**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Kevin Roby (D-93298)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 31, 2008**, at San Francisco, California.

| M. Luna | *M. Luna* |
|---|---|
| Declarant | Signature |

20129559.wpd