IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KEVIN ROBY,**<br><br>Plaintiff,<br><br>v.<br><br>**T. STEWART, et al.,**<br><br>Defendants. | CASE NO. C 08-1113 JF (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

The Court has considered all supporting and opposing arguments regarding Defendants Wheeler, Lucarelli, and Trujillo's Motion to Dismiss. The Court finds that Plaintiff did not exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). Accordingly, Defendants' Motion to Dismiss is Granted and the case is dismissed without prejudice.

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Court Judge

[Proposed] Order

Roby v. T. Stewart, et al.
Case No. C 08-1113 JF (PR)

1

<u>**DECLARATION OF SERVICE BY U.S. MAIL**</u>

Case Name:   **Roby v. Stewart, et al.**

No.:   **C 08-1113 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 31, 2008</u>, I served the attached

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Kevin Roby (D-93298)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 31, 2008, at San Francisco, California.

|  M. Luna  |  *M. Luna* (signature)  |
|  Declarant  |  Signature  |

20129625.wpd