| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

ENTERED 5/30/08

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Roby | 08-1113-JF |
| DEFENDANT | TYPE OF PROCESS |
| T. Stewart, et al | see below |

FILED 2008 JUL 30 P 2:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SERVE** ➡ **AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| Correctional Counselor T. Lucarelli, Pelican Bay State Prison |
| ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| PO Box 7000, Crescent City, CA 95531-7000 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin Roby   D-93298
Pelican Bay State Prison
PO Box 7500 - A2-206-PBSP
Crescent City, CA 95532

| Number of process to be served with this Form - 285 | 3 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

1. Complaint
2. Summons
3. Order of Partial Dismissal and of Service; Directing Defendants to File Depositive Motion or Notice

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] Sandy Morris | | 408-535-5361 | 5/8/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 11 | 11 | [signature] | 5/28/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time | U.S. Mail |
|---|---|---|
| 7/11/08 | 7/11/08 | am / pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | EXECUTED |

REMARKS:
05/30/08 Mailed U.S. Mail
07/11/08 Received acknowledgement of service

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| KEVIN G ROBY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.   CV 08-01113 JF |
| T STEWART | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Correctional Counselor T. Lucarelli, Pelican Bay
   State Prison, PO Box 7000, Crescent City, CA
   95531-7000

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin Rober D-93928, Pelican Bay State Prison
PO Box 7500 A2-206-PBSP, Crescent City, CA 95532

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

Date: ____5/8/08____

*Nancy Morris*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __7/16/08__,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
   _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) __Received acknowledgement of service__

My fees are $ __45__ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __7/30/08__

Server's signature

__Donald Harkin Jr   USMS__
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address

EXECUTED

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
__NORTHERN__ District of __CALIFORNIA__

TO: Correctional Counselor T. Lucarelli
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA. 95531-7000

Civil Action, File Number __08-1113-JF__

__Kevin Roby__
v.
__T. Stewart ET. AL.__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within __20__ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__5/28/08__
Date of Signature

_____
Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__455 Golden Gate Ave. Ste 11000__
Street Number and Street Name or P.O. Box No.

__San Francisco, CA 94102__
City, State and Zip Code

EXECUTED

_____  Scott J. Feudale
Signature                   PRINT

__Attorney for T. Lucarelli__
Relationship to Entity/Authority to Receive

__Mail__
Service of Process

__7/11/08__
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court