PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

S/30/08 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Roby | 08-1113-JF |
| DEFENDANT | TYPE OF PROCESS |
| T. Stewart, et al | see below |

FILED

2008 JUL 31 P 2: 3 1

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

**SERVE**
➤
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Captain S. Wheeler, Pelican Bay State Prison

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

PO Box 7000, Crescent CIty, CA 95531-7000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin Roby D-93928
Pelican Bay State Prison
PO Box 7500 - A2-206-PBSP
Crescent City, Ca 95532

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                     Fold

1. Complaint
2. Summons
3. Order of Partial Dismissal and of Service; Directing Defendants to File
   Depositive Motion or Notice.

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* Sandy Morris | | 408-535-5361 | 5/8/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | *[signature]* | 5/28/08 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time |
| | | 7/11/08 / U.S. Mail am/pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:
05/30/08  MAILED U.S. MAIL
07/30/08  Received acknowledgement of service

EXECUTED

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

| | |
|---|---|
| KEVIN G ROBY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.    CV 08-01113 JF |
| T STEWART | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
    Captain S Wheeler, Pelican Bay State Prison, PO
    Box 7000, Crescent City, CA 95531-7000

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin Rober D-93928, Pelican Bay State Prison
PO Box 7500 A2-206-PBSP, Crescent City, CA 95532

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

_____
Name of clerk of court

Sandy Morris

Date:        5/8/08

Deputy clerk's signature

EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___7/11/08___,
by:

   (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)*  Received acknowledgement of service:

_____.

My fees are $ __45.00__ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___7/30/08___

                                    _____
                                      Server's signature

                      Donald  Harris Jr    USMS
                                    Printed name and title

               UNITED STATES MARSHALS SERVICE
           280 SOUTH FIRST STREET ROOM 2100
                    SAN JOSE, CA 95113

                                Server's address

EXECUTED

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of    _NORTHERN_          _CALIFORNIA_

TO: ⌐ _CAPTAIN  S.  WHEELER_          ¬
      _P.O. BOX 7000_
      _CRESENT CITY, Ca. 95531 -7000_
    └                                    ┘

Civil Action, File Number    _08 - 1113 JF_

_Kevin Roby_
                              v.
_T. STEWART, ET. AL._

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

**20** You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If
you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you
are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the
complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was
mailed on this date.

_5/20/08_                                    _LI McCall USMC_
Date of Signature                            Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

455 Golden Gate Ave. Ste 11000
Street Number and Street Name or P.O. Box No.

San Francisco, CA    94102
City, State and Zip Code

**EXECUTED**

_____ Scott J. Feudale
Signature                    _PRINT_

Attorney fo S. Wheeler
Relationship to Entity/Authority to Receive

Mail
Service of Process

7/11/08
Date of Signature

Form USM-299
                                          (Rev. 6/95)