August 7, 2008

NC

Kevin Roby, D-93298
P.O. Box 7500 (A5-218)
Crescent City, CA 95532

Writ Clerk,

In the matter of Roby v. Stewart, et al. C08-1113 JF (PR) I am writing to request a docket sheet of the last action taken in my case. More so, confirmation that the defendant's Motion to Dismiss has been filed and the date of that filing.

Sincerely,

*Kevin Roby*
Kevin Roby

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Roby, D-03298
P.O. Box 7500 (A5-218)
Crescent City, CA
95532

**PELICAN BAY**
G.P. UNIT A-5

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113


MAILED FROM ZIP CODE 95531
AUG 08 2008
$00.00
USA FIRST-CLASS FOREVER



QUALITY PARK
11117