# Proof Of Service By Mail

Case Name: Roby v. Stewart, et al.
No: C 08-1113 JF (PR)

**FILED**
2008 SEP -2 P 3: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, Kevin Roby, declare I am over 18 years of age and a party to this action. I am a resident of California at Pelican Bay State Prison, in the county of Crescent City. My prison address is: P.O. Box 7500, Crescent City, CA 95532

On August 28, 2008 I served the attached:

AFFIDAVIT OF KEVIN ROBY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

PLAINTIFF'S REPLY; OPPOSITION TO DEFENDANT'S' MOTION TO DISM; MEMORANDUM OF POINTS AND AUTHORITIES

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the U.S. Mail in a deposit box so provided at the above correctional facility in which I am presently confined. The envelopes was addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STEET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

Scott J. Feudaule
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, # 11000
SAN FRANCISCO, CA 94102-7004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2008

*Kevin Roby*
KEVIN ROBY
Declarant Signature