**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROBY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T. STEWART, et al.,<br><br>　　　　　　Defendants. | C 08-1113 JF (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS** |

Defendants Trujillo, Wheeler, and Lucarelli have moved for a fourteen-day extension, up to and including October 5, 2011, in which to file a reply to Plaintiff Kevin Roby's opposition to Defendants' motion to dismiss. The Court has read and considered Defendants' request for an extension of time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants shall file a reply to Plaintiff's opposition to Defendants' motion to dismiss is

///

///

extended up to and including October 5, 2011. Unless otherwise ordered, the motion shall be deemed submitted on the filing of Defendants' reply brief.

Dated: 9-21-11

HONORABLE JEREMY FOGEL
United States District Judge

SF2008200090
20521788.doc

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN G. ROBY,

        Plaintiff,

v.

T. STEWART, et al.,

        Defendants.

Case Number: CV08-01113 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __9/23/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin G. Roby D-93298
Pelican Bay State Prison
P.O. Box 7500
A5-218-PBSP
Crescent City, CA 95532

Dated: __9/23/11__

Richard W. Wieking, Clerk
G. Garcia, Deputy Clerk