1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   **KEVIN ROBY,**                            Case No. C 08-1113 CW (PR)
12
                                Plaintiff,    [PROPOSED] ORDER GRANTING
13                                            DEFENDANTS' MOTION TO CHANGE
                                              TIME TO FILE THEIR MOTION FOR
14              v.                            SUMMARY JUDGMENT

15 **T. STEWART, et al.,**

16                              Defendants.

17

18        Defendants Trujillo and Wheeler have requested an extension of time to file their motion

19 for summary judgment. Defendants seek this extension in part to conserve resources pending the

20 Court's ruling on Defendants' motion for interlocutory appeal certification.

21        The Court, having read and considered Defendants' request and good cause appearing,

22 IT IS ORDERED that Defendants' request for an extension of time to file their summary-

23 judgment motion is GRANTED. Should the Court deny Defendants' pending motion for

24 interlocutory appeal certification, Defendants' summary-judgment motion shall be due thirty days

25 from the date of the Court's denial order.

26

27 Dated: _____6/14/2012_____

                                              The Honorable Claudia Wilken
28                                            United States District Judge

                                          1