IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**KEVIN ROBY,**

Plaintiff,

v.

**T. STEWART, et al.,**

Defendants.

Case No. C 08-1113 CW (PR)

[PROPOSED] **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Defendants S. Trujillo and S. Wheeler have moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including October 26, 2012. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition within sixty days of Defendants' filing of their dispositive motion. Defendants shall file a reply within thirty days of Plaintiff's opposition.

IT IS SO ORDERED.

Dated: 8/20/2012

The Honorable Claudia Wilken
United States District Judge