KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5781
 Fax: (415) 703-5843
 E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*S. Trujillo and S. Wheeler*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN ROBY,**<br><br>Plaintiff,<br><br>v.<br><br>**T. STEWART, et al.,**<br><br>Defendants. | C 08-1113 CW (PR)<br><br>**STIPULATION EXTENDING DEADLINES FOR DISPOSITIVE MOTION; [PROPOSED] ORDER**<br><br>Judge: The Honorable Claudia Wilken<br>Action Filed: February 25, 2008 |

On August 20, 2012, the Court granted Defendants' request to extend the deadline for filing a dispositive motion to October 26, 2012. In light of pending discovery issues, including Plaintiff Kevin Roby's Request for a Court-Appointed Deposition Officer, the parties stipulate and respectfully request under Northern District Civil Local Rule 6-2 that the Court further extend the deadline for a dispositive motion. This requested extension of time will have minimal impact on the schedule for the case, namely postponing the briefing of any dispositive motion. Defendants previously requested and received two extensions of time for filing a dispositive motion.

///

///

1

In light of the foregoing, the parties jointly request that Defendants' dispositive motion be due on or before December 21, 2012. Plaintiff's opposition will be due February 19, 2013. Defendants' reply will be due March 21, 2013.

Dated: 10-18-12

Plaintiff Kevin Roby, pro se

Dated: 10/19/12

Jose A. Zelidon-Zepeda
Deputy Attorney General
Counsel for Defendants Wheeler and Trujillo

Per the parties' stipulation, IT IS SO ORDERED.

Dated: 10/30/2012

Honorable Claudia Wilken
United States District Chief Judge

SF2008200090
20644284.doc

2

Stip. Ext. Deadlines; Prop. Order (C 08-1113 CW (PR))