IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBY,<br><br>    Plaintiff,<br><br>  v.<br><br>T. STEWART, et al.,<br><br>    Defendants. | Case No.: C 08-1113 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket no. 103) |

    On December 21, 2012, Defendants filed a motion for summary judgment in this action filed by a prisoner proceeding pro se. Plaintiff's opposition to the motion for summary judgment is due February 19, 2013. Plaintiff moves for an extension of time of sixty days to file his opposition because he is in the process of being transferred to another prison, all of his property has been packed and removed from his cell, and he does not know how long it will take for his property to be returned to him once he has been transferred.

    Good cause appearing, Plaintiff's request is GRANTED. He shall file his opposition to Defendants' motion for summary judgment by no later than April 19, 2013. Defendants shall file a reply to the opposition by no later than May 3, 2013.

    IT IS SO ORDERED.

Dated: 1/29/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE