1 KAMALA D. HARRIS
Attorney General of California
2 THOMAS S. PATTERSON
Supervising Deputy Attorney General
3 JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
4 State Bar No. 227108
455 Golden Gate Avenue, Suite 11000
5 San Francisco, CA 94102-7004
Telephone: (415) 703-5781
6 Facsimile: (415) 703-5843
E-mail: Jose.ZelidonZepeda@doj.ca.gov
7 Attorneys for Defendant T. Stewart, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KEVIN ROBY, | Case No. C 08-1113 CW (PR) |
|---|---|
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
| v. | |
| T. STEWART, et al., | |
| Defendants. | |

Plaintiff Kevin Roby and Defendants T. Stewart, at al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ //

1

Stip. Voluntary Dismissal (C 08-1113 CW (PR))

1 | Each party shall bear its own litigation costs and attorney's fees.
2 | It is so stipulated.

4 | Dated: 6-3-13                     _____
5 |                                    Plaintiff Kevin Roby, pro se

7 | Dated: 6/7/2013                   _____
8 |                                    Jose A. Zelidon-Zepeda
9 |                                    Deputy Attorney General
  |                                    California Attorney General's Office
  |                                    Attorney for Defendants T. STEWART, et al.

12 | In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

15 | Dated: 6/11/2013                  _____
16 |                                    The Honorable Claudia Wilken
   |                                    United States District Chief Judge

SF2008200090
20698199.doc

2

Stip. Voluntary Dismissal (C 08-1113 CW (PR))